IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )
                              )    2:07-CR-514-GEB
          Plaintiff,          )
                              )
     v.                       )
                              )
GILBERT JONES,                )
                              )
          Defendant.          )
                              )
UNITED STATES OF AMERICA,     )
                              )    2:08-CR-345-JAM
          Plaintiff,          )
                              )
     v.                       )
                              )    RELATED CASE ORDER
GILBERT JONES,                )
                              )
          Defendant.          )
                              )
```

      Examination of the above-entitled criminal actions reveals that the actions are related within the meaning of Local Rule 83-123. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

      Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was

1  assigned.  Therefore the action denominated CR. NO. S-08-345 JAM is
2  reassigned to Judge Garland E. Burrell, Jr., for all further
3  proceedings.  Henceforth, the caption on documents filed in the
4  reassigned case shall show the initials "GEB" instead of the other
5  judge's initials.
6       IT IS FURTHER ORDERED that the Clerk of the Court make
7  appropriate adjustment in the assignment of criminal cases to
8  compensate for this reassignment.

Dated:  September 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge