HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GILBERT JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERT JONES,<br><br>Defendant. | No. Cr. S 2:07-cr-514 GEB<br>No. Cr. S 2:08-cr-345 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Hon GARLAND E. BURRELL, JR. |

Defendant, GILBERT JONES, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On March 13, 2009, this Court sentenced Mr. Jones to a total term of 168 months imprisonment on the above-captioned cases, comprised of 168 months on Count 2 (a violation of 21 U.S.C. § 841(a)(1) and 120 months on Count 4 (a violation of 18 U.S.C. § 922(g)(1)) in Case No. 2:07-cr-514, and 168 months on Count 1 (a violation of 21 U.S.C. § 846) in Case No. 2:08-cr-345, to be served concurrently;

3. Mr. Jones' total offense level was 31, his criminal history category was III, and the resulting guideline range was 135 to 168 months. He received a sentence at the high-end of the applicable range;

4. The sentencing range applicable to Mr. Jones was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Jones' total offense level has been reduced from 31 to 29, and his amended guideline range is 108 to 135 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Jones' total term of imprisonment to a term of 135 months, comprised of 135 months on Count 2 and 120 months on Count 4 in Case No. 2:07-cr-514, and 135 months on Count 1 in Case No. 2:08-cr-345, to be served concurrently.

Respectfully submitted,

Dated:  October 13, 2015                          Dated:   October 13, 2015

BENJAMIN B. WAGNER                           HEATHER E. WILLIAMS
United States Attorney                              Federal Defender


 /s/ *Jason Hitt*                                              /s/ *Hannah R. Labaree*
JASON HITT                                              HANNAH R. LABAREE
Assistant U.S. Attorney                             Assistant Federal Defender

Attorney for Plaintiff                                  Attorney for Defendant
UNITED STATES OF AMERICA               GILBERT JONES

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Jones is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 108 to 135 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2009 is reduced to a total term of 135 months, comprised of 135 months on Count 2 and 120 months on Count 4 in Case No. 2:07-cr-514, and 135 months on Count 1 in Case No. 2:08-cr-345, to be served concurrently.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Jones shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  October 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge